WARNER M. SWEET, Respondent, *v.* AUGUSTUS W. HENRY et al., Appellants.

(Submitted February 8, 1904; decided February 16, 1904.)

MOTION to amend remittitur. (See 175 N. Y. 268.)

Motion granted, remittitur to be amended so as to award costs to defendants in all courts.